UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. J. THOMAS ALBRIGHT and<br>THOMAS M. BARTON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. EBERHART, M.D.,<br>JONATHAN HOLZAEPFEL, M.D.,<br>THOMAS KING, M.D.,<br>SEACOAST TRUST,<br>SEACOAST TRUST, LLP, and<br>HEALTHSOUTH SPORTS MEDICINE &<br>REHABILITATION CENTER,<br><br>Defendants. | Civil No. 04-450-JD<br><br>Filed Under Seal - Level I |

## ORDER

Upon consideration of the United States' unopposed motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an additional extension of time from January 16, 2007, to and including February 16, 2007, to determine whether or not to intervene in the above-captioned action and during which the Complaint and other filings shall remain under seal, it is hereby

**ORDERED** that the United States shall have until and including February 16, 2007, to intervene in the above-captioned action or to notify the Court that it declines to do so; and

**FURTHER ORDERED** that the Complaint and all other filings shall remain under seal until and including February 16, 2007, upon order of this Court, unless the United States requests that the seal be lifted prior to that date.

Dated: January 12, 2007

/s/Joseph A. DiClerico, Jr.
UNITED STATES DISTRICT JUDGE